UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMONE PRYCE and DAVID PRYCE,<br><br>     Plaintiffs,<br><br>    -v.-<br><br>TOWN SPORTS INTERNATIONAL LLC,<br>d/b/a New York Sports Club,<br><br>     Defendant. | 18 Civ. 5863 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The Court held the final pretrial conference in this case on January 21, 2020. (*See* Minute Entry of 1/21/20). At the conference, Plaintiffs' counsel stated that they would consent to this case proceeding as a bench trial. Plaintiffs' counsel asked if Defendant's counsel would consent to a bench trial. After conferring with their client, defense counsel has confirmed with the Court that they will consent to a bench trial. Accordingly, this case will proceed to a bench trial to begin on **February 3, 2020, at 9:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

  The Clerk of Court is further directed to amend the caption as specified above.

  SO ORDERED.

Dated: January 22, 2020
     New York, New York

                   *Katherine Polk Failla*
                   KATHERINE POLK FAILLA
                   United States District Judge