**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
SIMONE PRYCE and DAVID PRYCE,

                Plaintiffs,                18 **CIVIL** 5863 (KPF)

       -against-                          **JUDGMENT**

TOWN SPORTS INTERNATIONAL, LLC,
d/b/a New York Sports Club,

                Defendant.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Findings of Fact and Conclusion of Law dated March 31, 2021, To be clear,

the Court sympathizes with Mrs. Pryce for the pain and discomfort she described at trial, and with

both Plaintiffs for the losses (financial and otherwise) to which they testified. However, on the record

before the Court, it cannot lay liability for these losses at the feet of NYSC. For the reasons explained

above, judgment is entered in favor of NYSC, and this case is closed.

**DATED:** New York, New York
           March 31, 2021

                                    **RUBY J. KRAJICK**
                            _____
                               **Clerk of Court**
        **BY:**
                                 **Deputy Clerk**